**File Date: March 29, 2023**
**Case Number: 23-cr-139**
**Judge Diane Gujarati**
**Magistrate Judge Ramon E. Reyes, Jr**

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case:  United States v. Nazem Ahmad et al.

2. Related Magistrate Docket Number(s): n/a

3. Arrest Date:  n/a

4. Nature of offense(s):   ☒  Felony
                           ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):n/a

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes  ☐ No

10. Have arrest warrants been ordered?   ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

                                    BREON PEACE
                                    United States Attorney

                              By:   _____
                                    Craig R. Heeren
                                    Nicholas J. Moscow
                                    Assistant U.S. Attorneys
                                    (718) 254-6212

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12